UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

AGNES MACUA

Plaintiff(s)

v.

PIConics, Inc.
Empire Beauty School.
LinBar Property management
State Of New-Hampshire

Defendant(s)

22-cv-186

COMPLAINT

"With Jury Demand"

## Parties to this Complaint

Plaintiff(s)'s Name, Address and Phone Number

AGNES MACUA
P.O. BOX 1368
Nashua, NH 03061
978-489-4191.

Defendant(s)'s Name, Address and Phone Number

1. PIConics, Inc
26 Cummings Rd
Tyngsboro, MA 01879. (978) 649-7501.

2. Empire Beauty School
1328 Hooksett Rd,
Hooksett, NH 03106. (603) 792-1400.

3. LinBar Property management, Inc
P.O. Box 414
Nashua, NH 03061. (603) 598-2900.

4. STATE OF NEW-Hampshire
New-Hampshire Attorney General
33 Capitol Street, Concord, NH 03301. (603) 271-3658.

## Jurisdiction and Venue:

(Explain why your case is being filed in federal court and why the court is legally permitted to hear your case. Add additional sheets as necessary.)

1. My case brings a Genuine Issue of Law that concerns the U.S Constitutional Law. This Court has Jurisdiction through Citizenship of equal Civil and Legal rights by residency of the state of New-Hampshire. The dispute between the Plaintiff and defendant are residents of two different states. Plaintiff questions the federal Law right to be secure in my own home and not to be violated. Also under color of Law misconduct by the Nashua police Department on intentional force arrest.

**Statement of Claim:**
(As briefly as possible, state each claim you have against defendant(s) and state the legal cause of action, facts, and circumstances that gave rise to your claim(s). Add additional sheets as necessary.)

1. As a result of employment discrimination and lack of code of conduct Piconics Inc violated federal law by engaging in the business of selling obscene matter. Going against their own company policy and deliberately publicly humiliating me resulting in damage then Daniel Merrill the V.P of Piconics firing me for mis-conduct after having set me up for failure and after four years of employment.

2. Due to interfering with my educational goals and occasionally using other students to bully and harrass me, I reported Empire Beauty to the Boards on February, 24, 2022. Matt Lambert, Gina Samantha and Gail Neily violation of contractual obligation and breach of contract consequently forcing me out of the school after the students indirectly violated my privacy both at my home and other places, as a result of fear I never returned to school after February, 28, 2022.

3. With the various violations of law committed against me, on multiple occasions I attempted to file criminal charges against Empire and Piconics Inc on March 1st and March 4th for fraud and other wrongs. Instead the Nashua Police Department along with Linbar Property my apartment complex along with Mary Kariuki, James Brown and Raymond Roberts had me intentionally forcely arrested and placed under psychiatric observation on an involuntary emergency status on March 5th, 2022. Since February 28th, 2022 Laura Stockhausen agent for Linbar/the Police Department have constantly harrassed me causing both physical harm from the arrest and emotional distress, due to bad conduct and egregiousness.

4. Because of the misconduct of the Nashua Police Department and causation of Piconics Inc, Empire Beauty and Linbar Property and with the violation of my jointed custody, dismissed D.V. false accussation by Mary Kariuki in February, 2020 and contempt hearing against Jeremiah Marigi in August, 2021 the state of New-Hampshire has been inconsistent with the dealings of the above matters due to negligence and failure of duty. As a result Fair-grounds Elementary Marisa Duncan classroom teacher and Michael Harrington school principal have deliberately deprived me involvement with my child education all together.

**Relief Requested from the Court:**
(Briefly state exactly what you want the Court to do for you. Add additional sheets as necessary.)

A. Punitive damages due to the Concious deliberate malicious behavior Caused by all the parties Involved. Since reporting Empire to the boards and through egregious Conduct and against Company policy Piconics Inc willfully violated the Law by normal standard by endangering my Life and that of a child. The Nashua police Department refused to Investigate and give me a fair trial and the state of New Hampshire labeled me as a criminal depriving me of my parental rights.

B. Compensatory damages for the pain and Suffering of the Public humiliation and assassination of my Character. I had to endure Physical and emotional distress for being deliberately forced out of school through bullying and harassment. my privacy was Invaded through Linbar property loss of my Job after having been set-up for failure, exposure by the Nashua police Department for false arrest and hospitalization at Southern NH medical Center without probable Cause.

C. Such other relief as the Court deems just.

## Jury Demand

☑ Check this box if you are requesting a jury trial (if you want a jury of your peers to decide your case).

☐ Check this box if you are NOT requesting a jury trial (if you want the assigned judge to decide your case).

Date: 5/24/2022

Signature: *[signature]*