UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Agnes Macua

    v.                                                     Case No. 22-cv-186-LM

Piconics, Inc., et al

ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated September 5, 2024. For the reasons explained therein, the defendants' motions to dismiss (Doc. Nos. 45 and 46) are granted. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

The clerk shall issue judgment and close this case.

                                                                      _____
                                                                        Landya B. McCafferty
                                                                        Chief Judge

Date: October 1, 2024

cc:  Agnes Macua, pro se
     Counsel of Record