```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Agnes Macua

    v.                                            Case No. 22-cv-186-LM

State of New Hampshire, et al

## JUDGMENT

In accordance with the following, judgment is hereby entered:

1. Order by Chief Judge Landya B. McCafferty dated December 14, 2022;

2. Order by Chief Judge Landya B. McCafferty dated September 21, 2023, approving the Report and Recommendation by Andrea K. Johnstone dated August 4, 2023;

3. Order by Chief Judge Landya B. McCafferty dated March 11, 2024, approving the Report and Recommendation by Andrea K. Johnstone dated January 29, 2024;

4. Order by Chief Judge Landya B. McCafferty dated October 1, 2024, approving the Report and Recommendation by Andrea K. Johnstone dated September 5, 2024.

The prevailing party may recover costs consistent with Fed. R. Civ. P. 54(d) and 28 U.S.C. § 1920.

                                              By the Court:

                                              /s/ Daniel J. Lynch
                                              _____
                                              Daniel J. Lynch
                                              Clerk of Court

Date: October 1, 2024

cc:   Agnes Macua, pro se
      Counsel of Record